(107 So. 797)
**Cullen KING v. STATE. (5 Div. 942.)**

(Supreme Court of Alabama. March 25, 1926.)

Certiorari to Court of Appeals.

J. W. Kelley, of Phenix City, and Brassell & Brassell, of Montgomery, for petitioner.
Harwell G. Davis, Atty. Gen., for the state.

SOMERVILLE, J. Petition of Cullen King for certiorari to the Court of Appeals, to review and revise the judgment and decision of that court in King v. State, 107 So. 797.
Writ denied.

THOMAS, MILLER, and BOULDIN, JJ., concur.